UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-721 JMR/FLN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | **GARNISHMENT ORDER** |
| CHAD A. RUSSELL, Defendant, | ) | |
| TCF NATIONAL BANK, Garnishee. | ) | |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on May 2, 2003. The United States Marshals repeatedly attempted to serve the defendant but was unable to locate him at his last known address.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on May 2, 2003, is hereby released.

Dated: 9/14/04

S/ *Franklin L. Noel*
Magistrate Judge
United States District Court