A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED
AUG 23 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **00-CV-721 JMR/FLN**

0471-0224-0477-F

CHAD A. RUSSELL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: CHAD A. RUSSELL

and bring him or her forthwith to the nearest Magistrate Judge for failure to appear for debtors examination.

Ordered by: Judge J. Earl Cudd, United States District Court .

February 19, 2004 at Minneapolis, MN

(By) Jackie Mehl, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

Name and Title of Arresting Officer

Signature of Arresting Officer

DATE 8-11-06
RETURNED UNEXECUTED Dismissed
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY ____________

SCANNED
AUG 23 2006
U.S. DISTRICT COURT MPLS

DC Modified 02/20/04